HAROLD V. GRANT v. S. E. STONE, as Sheriff of Volusia County.

182 So. 770.

Opinion Filed July 8, 1938.

Rehearing Denied July 26, 1938.

Extraordinary Petition for Rehearing Denied August 1, 1938.

*Grant & Luther, Walter S. Shelley, H. H. Wells* and *B. K. Roberts,* for Appellant;

*George Couper Gibbs,* Attorney General, *Tyrus A Norwood,* Assistant Attorney General, and *Murray Sams,* State Attorney, for Appellee.

PER CURIAM.—This case is in all controlling respects like the case of Weathers v. Williams, as Sheriff, decided at this Term of the Court, except that in this case restraining order was entered and thereafter dissolved. The appeal is from the order dissolving the restraining order.

On authority of the opinion and judgment in the case of Weathers v. Williams, as Sheriff, *supra,* the order appealed from is affirmed.

So ordered.

WHITFIELD, BROWN, BUFORD and CHAPMAN, J. J. concur.